# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| JASS, LLC, | ) Case No. 25-17392 KHT |
| | ) Chapter 11, Subchapter V |
| Debtor. | ) |

___

**DEBTOR'S RESPONSE TO OBJECTION TO DEBTOR'S DESIGNATION AS A SUBCHAPTER V DEBTOR UNDER 11 U.S.C. § 1182**

___

Jass, LLC, debtor and debtor-in-possession herein ("Jass"), by and through its undersigned counsel, for its Response to the Objection to Debtor's Designation as a Subchapter V Debtor Under 11 U.S.C. § 1182 (the "Eligibility Objection") filed by Offen Petroleum, LLC ("Offen"), states as follows:

1.  Jass disputes the validity of the various agreements described in the Eligibility Objection. Jass also continues to assert that Offen's claim in this case is contingent and unliquidated.

2.  However, after a careful review of the ownership structure of Jass, Grace Royals, Inc. ("Grace Royals"), the debtor in Case No. 25-17391 KHT, and Waheguru, LLC ("Waheguru"), the debtor in Case No. 25-17395 KHT, Jass has determined that it is not eligible to proceed under Subchapter V.

3.  Specifically, Jass is owned 95% by Kulwinder Kaur. Grace Royals is owned 49% by Ms. Kaur. Waheguru is owned 50% by Ms. Kaur. Ms. Kaur thus owns more than 20% of each of these three entities. As a result, pursuant to 11 U.S.C. § 101(2)(B), Jass, Grace Royals and Waheguru are "affiliates." Even excluding Offen's disputed, contingent and unliquidated claim from the analysis, the aggregate debts in these three cases exceed the Subchapter V threshold of $3,424,000.

4.  Jass shall promptly file an amended voluntary petition reflecting that it does not intend to proceed under Subchapter V.

WHEREFORE, Jass respectfully requests the Court grant such other relief as deemed appropriate.

DATED this 22nd day of December, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

<u>/s/ David V. Wadsworth</u>
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
dwadsworth@wgwc-law.com
*Attorneys for Debtor*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a copy of **DEBTOR'S RESPONSE TO OBJECTION TO DEBTOR'S DESIGNATION AS A SUBCHAPTER V DEBTOR UNDER 11 U.S.C. § 1182** was served via CM/ECF or first class U.S. mail, as indicated below, upon the following:

Deanna L. Westfall
deanna.westfall@coag.gov

Michael J. Pankow
mpankow@bhfs.com

Jacob F. Hollars
jhollars@spencerfane.com

David M. Miller
dmiller@spencerfane.com

Paul Moss
Paul.Moss@usdoj.gov

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Mark Dennis
mdennis@slbiggs.com

Ariel Weissberg
hava@weissberglaw.com

                                             */s/Dorelia Tackett*
                                         For Wadsworth Garber Warner Conrardy, P.C.